Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing_office@speakeasy.net

Attorneys for Plaintiff WILLIAM W. CULP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM W. CULP, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security. <br>     Defendant. | Case No: EDCA 1:10-cv-01218 DLB <br><br> STIPULATION EXTEND TIME |

TO THE HONORABLE DENNIS BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including May 5, 2011, in which to file the opening brief.

///

///

///

///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: April 5, 2011					Respectfully submitted,

							LAW OFFICES OF LAWRENCE D. ROHLFING

						/s/ *Lawrence D. Rohlfing*
				BY: _____
					Lawrence D. Rohlfing
					Attorney for plaintiff William W. Culp


DATE:  April 7, 2011				BENJAMIN B. WAGNER
							United States Attorney

						/s/ *Elizabeth Firer*
				BY: _____
					Elizabeth Firer
					Special Assistant United States Attorney
					Attorneys for defendant Michael Astrue


**ORDER**

All other dates are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 11, 2011**				    /s/ *Dennis L. Beck*
							UNITED STATES MAGISTRATE JUDGE

-2-