IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM W. CULP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　Defendant. | 1:10cv01218 DLB<br><br>ORDER GRANTING STIPULATION<br>FOR DISMISSAL WITH PREJUDICE<br>(Document 15) |

　　　On May 17, 2011, the parties filed a stipulation and proposed order to dismiss this action.

　　　The parties' stipulation is GRANTED and this action is DISMISSED.  Each party shall bear his or her own costs.


　　　IT IS SO ORDERED.

　　　　Dated:　__May 17, 2011__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1